UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DEWAYNE PRESSLEY,

    Petitioner,

v.

Warden LeBLANC, JR.,
Federal Medical Center, Rochester, MN,

    Respondent.

Civil No. 05-738 (JRT/JGL)

**ORDER**

    Dewayne Pressley, #05790-424, FMC, Post Office Box 4000, Rochester, Minnesota 55903-4000, *pro se* petitioner.

    Paul A. Murphy, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55414, for respondents.

    The above-entitled matter came before the Court upon the Report and Recommendation of the Chief United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted[1].

    Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

---

[1] The Court notes that Petitioner filed a motion to add relief to 2241 petition [Docket No. 15] and Petitioner's motion requesting appointment of counsel for said 2241 petition [Docket No. 16]. Although pleadings by pro se litigants, and pro se prisoners in particular, are to be construed liberally, they must nevertheless conform to basic legal requirements. *See Stone v. Harry*, 364 F.3d 912, 914 (8th Cir. 2004). The Court finds that, even liberally construed, these documents do not constitute written objections to the Report and Recommendation because they neither identify a portion of the recommendation nor explain the petitioner's objection to that portion. Therefore, Petitioner's motion to add relief to 2241 petition [Docket No. 15] and petitioner's motion requesting appointment of counsel for said 2241 petition [Docket No. 16], **are denied**.

**IT IS HEREBY ORDERED** that:

1. Petitioner's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2241, [Docket No. 1], is **DENIED;**

2. Petitioner's Application To Proceed Without Prepayment Of Fees, [Docket No. 13], is **DENIED**;

3. Petitioner's motion for immediate release, [Docket No. 8], is **DENIED**;

4. Petitioner's "motion for subpoena," [Docket No. 9], is **DENIED**;

5. Petitioner's "motion explaining successive filing of 2241," [Docket No. 10], is **DENIED**;

6. Petitioner's motion for temporary restraining order, [Docket No. 11], is **DENIED**;

7. Petitioner's Application For A Writ of Habeas Corpus is hereby **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: May 19, 2005
at Minneapolis, Minnesota

                                                    s/John R. Tunheim
                                                    JOHN R. TUNHEIM
                                                United States District Judge